Industrial Roofing Company, Trading as Construction Materials Company, Appellees, v. Cora Meek, Appellant, G. W. Piatt et al., Copartners, Trading as G. W. Piatt & Sons, Appellee.

Gen. No. 9,234.

Heard in this court at April term, 1941; opinion filed November 3, 1941; rehearing denied February 3, 1942. Harry I. Hannah and Thomas R. Figenbaum, for appellant; Roger Fruin, of counsel; Craig & Craig, for appellee Industrial Roofing Co., and W. K. Kidwell, for appellee G. W. Piatt & Sons. Opinion by PRESIDING JUSTICE HAYES. ''Not to be published in full.''